FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN -6 AM 9:44

CLERK _C. Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     *
                                  *      CR 113-194

v.                         *
                                  *

DONQUAIL JAMAL BOOKER     *

## O R D E R

On December 10, 2015, Defendant filed a motion to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines. On June 24, 2015, however, this Court concluded that Amendment 782 had no effect upon Defendant's sentence because he was sentenced as a career offender and not under the amended drug quantity table. Defendant's present motion fails to show that this conclusion is in error. Indeed, Defendant simply is not entitled to relief based upon Amendment 782. Defendant's motion to reduce (doc. no. 112) is **DENIED**.[1]

**ORDER ENTERED** at Augusta, Georgia, this _6th_ day of January, 2016.

UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to send a copy of the June 24, 2015 Order with the service copy of this Order.