IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 113-194 |
| | ) | |
| DONQUAIL JAMAL BOOKER | ) | |

**O R D E R**

At the initial appearance on August 23, 2022, the Court granted the government's oral motion to strike "possession of marihuana with intent to distribute" in violation number two and strike in its entirety violation number four.  Because Defendant waived his right to a preliminary hearing, this matter shall be scheduled for a final hearing before the presiding District Judge on the remaining violations in the petition and addendum for violation of conditions of supervised release.

In accordance with the Bail Reform Act, the Court also conducted a detention hearing on August 23, 2022 pursuant to 18 U.S.C. § 3142(f).  Defendant failed to carry his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community.  See Fed. R. Crim. P. 32.1(a)(6).  Accordingly, Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility

shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED this 23rd day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA